AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br><br> *Plaintiff(s)* <br> v. <br><br> JACK ALFRED MARTIN and NANCIE ANN MARTIN, individually and collectively d/b/a PRETTY PLEASE <br><br> *Defendant(s)* | Civil Action No. 8:17-CV-00014 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Jack Alfred Martin
    32005 via Pavo Real
    Trabuco Canyon, California 92679

    Nancie Ann Martin
    32005 via Pavo Real
    Trabuco Canyon, California 92679

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Anthony M. Keats
    Konrad K. Gatien
    Barak K. Kamelgard
    **STUBBS ALDERTON & MARKILES LLP**
    1453 3rd Street Promenade, Suite 300
    Santa Monica, California 90401

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____               _____
                                                                  *Signature of Clerk or Deputy Clerk*